EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 138 |
| | 200 DPR ____ |
| Peter Díaz Santiago | |

Número del Caso: TS-11,007

Fecha: 26 de agosto de 2018

Abogado del peticionario:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Peter Díaz Santiago                    TS-11,007

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de julio de 2018.

Atendido el *Informe sobre Estado de Obra Notarial Incautada* y la *Réplica a Objeción al Informe de Estado de obra Protocolar Incautada y Otros*, presentados por el Lcdo. Manuel E. Ávila De Jesús, Director de la Oficina de Inspección de Notarías (ODIN), así como la *Objeción al Informe de Estado de Obra Protocolar Incautada*, la *Moción Informativa sobre Obtención de Fianzas de 2016, 2017 y 2018*, la *Solicitud de Reconsideración a Resoluciones del 5 de Junio de 2018* y la *Moción en Cumplimiento de Orden para Mostrar Causa* sometidos por el Lcdo. Peter Díaz Santiago, se reinstala al licenciado Díaz Santiago al ejercicio de la notaría.

Se apercibe al licenciado Díaz Santiago que el no obedecer diligentemente los requerimientos de este Tribunal y de la ODIN en el futuro, podría acarrear sanciones adicionales. Asimismo, se le advierte de su obligación de mantener al día la información en el Registro Único de Abogados además de participarle a la ODIN cualquier cambio de su sede notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. Los Jueces Asociados señor Estrella Martínez y señor Colón Pérez no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo